McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM C. WHITE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CASE NO. **2:05-CV-01477-GGH**<br><br>STIPULATION AND ORDER REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  On remand, the ALJ will further consider the record evidence in accordance with the Commissioner's regulations and rulings; evaluate the opinion evidence from the state agency reviewing doctors; reevaluate the credibility of the claimant's subjective complaints and provide explanations for why any complaints are discounted; reassess the claimant's residual functional capacity; obtain vocational expert testimony to clarify the effects of the assessed RFC limitations on the claimant's occupational base; and issue a new decision.

　　　　It is further stipulated that the Clerk shall enter a separate judgment, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

　　　　The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

1

stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: December 29, 2005            /s/ James O. Keefer
                                    JAMES O. KEEFER
                                    Attorney for Plaintiff

DATED: December 29, 2005            McGREGOR W. SCOTT
                                    United States Attorney

                                    By:  /s/ Bobbie J. Montoya
                                    BOBBIE J. MONTOYA
                                    Assistant U. S. Attorney
                                    Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
SHEA LITA BOND
Assistant Regional Counsel
U. S. Social Security Administration

_____ o0o _____

**ORDER**

**This case is hereby remanded pursuant to sentence four of 42 U.S.C. 405(g), for further proceedings consistent with the stipulation of the parties. The prior administrative decision is vacated and the Clerk of the Court is directed to enter Judgment.**

**SO ORDERED.**

**DATED: 1/10/06**

                                    /s/ Gregory G. Hollows
                                    _____
                                    **GREGORY G. HOLLOWS**
                                    **UNITED STATES MAGISTRATE JUDGE**

white1477.ord